**Order entered September 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00693-CV

## IN THE INTEREST OF M. T., MINOR CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-06-08087**

## ORDER

Before the Court is appellant's September 9, 2013 second motion for additional time to file opening brief. In her motion, appellant requests the Court to order the Dallas County District Clerk to supplement the clerk's record with an August 7, 2013 Notice of Filing Business Record of Dallas Center, ProDoc Trace Number ED057JO176939548, and to extend time to file her brief until three business days after appellant is notified the clerk's record has been supplemented. We **GRANT** appellant's motion.

We **ORDER** Dallas County District Clerk Gary FitzSimmons to supplement the clerk's record in this case with the requested August 7, 2013 Notice of Filing Business Record of Dallas Center within **FIVE DAYS** of the date of this order. Appellant's brief shall be filed on or before **Friday, September 20, 2013**.

We **DIRECT** the Clerk of the Court to send copies of this order to Dallas County District

Clerk Gary FitzSimmons and all counsel of record.


/s/     JIM MOSELEY
         JUSTICE